IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No. 5:12-CV-185-D

Plaintiff(s), Jeffruy David

vs

Defendant(s). Timothy Franz GEITHNER

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Jeffruy David__ who is (plaintiff/defendant/other: _____)
(name of party)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯         NO ⊗

2. Does party have any parent corporations?

   YES ◯         NO ⊗

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯         NO ⊗

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯    NO ☒

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯    NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: _LAWFUL MONEY_
Date: _4/6/12_