**FILED**

APR 0 3 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____my_____ DEP CLK

Jeffrey David
c/o 712 Nash Drive
Raleigh, North Carolina.
[27608]

United States District Court
for the Eastern District of North Carolina
310 New Bern Avenue, #174
Raleigh, North Carolina.
[27601]

Sent via USPS First Class Mail

Notice to Agent, Officer, or Employee is Notice to Trustee Principal; and, Notice to Trustee Principal is notice to Agent, Officer, or Employee

Dear clerk;

Please file the attached documents in the case jacket of **Article III case 5:12-CV-185-D**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction, IRS Form 843 with attached Exhibit A, copy of Title 12 USC §411, a copy of a Notice of Demand for Lawful Money to TRIAD Advisors, Inc., and an abbreviated copy of IRS Form 668-W(c) Notice of Levy on Wages, Salary, and Other Income marked "Refusal For Cause" have been sent back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have provided a copy of IRS Form 843 with attached Exhibit A with the original clerk instruction, copy of Title 12 USC§411, a copy of a Notice of demand for Lawful Money with the Wake County Register of Deeds, and an abbreviated copy of IRS Form 668-W(c) marked "Refusal For Cause" to the district court, and the original IRS Form 843 with attached Exhibit A with a copy of clerk instruction, copy of Title 12 USC§411, a copy of a Notice of demand for Lawful Money with the Wake County Register of Deeds, and an abbreviated copy of IRS Form 668-W(c) marked "Refusal For Cause" have been mailed back to the presenter in a timely fashion.

From:  Jeffrey David
c/o 712 Nash
Raleigh, North Carolina.
[27608]

Notice to Agent, Officer, or Employee is Notice to Trustee Principal; and, Notice to Trustee Principal is notice to Agent, Officer, Or Employee

   

To:  Department of the Treasury
Internal Revenue Service
ACS Support – STOP 5050
c/o PO Box 219236
Kansas City, Missouri.
[64999-0030]

Sent via USPS with Certified Mail #
7011 1570 0000 5626 1772

Demand is made for lawful money per 12USC411, and in the name of Yehoshuah (Jesus CHRIST) son of Yehovah, Jeffrey David am I:

_____
Jeffrey David

| Form **843** (Rev. August 2011) Department of the Treasury Internal Revenue Service | Claim for Refund and Request for Abatement ▶ See separate instructions. | OMB No. 1545-0024 |
|---|---|---|

Use Form 843 if your claim or request involves:
- (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- (b) an abatement of FUTA tax or certain excise taxes, or
- (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
- (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
- (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name(s) JEFFREY DAVID LINK | Your social security number i45 |
|---|---|
| Address (number, street, and room or suite no.) | Spouse's social security number |
| City or town, state, and ZIP code Raleigh, North Carolina 2760 | Employer identification number (EIN) |
| Name and address shown on return if different from above | Daytime telephone number (919) |

**1 Period.** Prepare a separate Form 843 for each tax period or fee year.
From **January 1, 2010** to **December 31, 2010**

**2 Amount** to be refunded or abated:
$ **10,364.34**

**3 Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment ☐ Estate ☐ Gift ☐ Excise ☐ Income ☑ Fee

**4 Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section: **Section 6702(c)**

**5a Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
☑ Interest was assessed as a result of IRS errors or delays.
☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶ _____

**6 Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945
☐ 990-PF ☑ 1040 ☐ 1120 ☐ 4720 ☐ Other (specify) ▶

**7 Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

See Attached "Exhibit A"

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Demand is made for Lawful Money per 12 USC 411: Jeffrey D Link* 4/1/13

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date

Signature (spouse, if joint return) | Date

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 10180R Form **843** (Rev. 8-2011)

"Exhibit A"

### IRS Form 843 - Claim for Refund and Request for Abatement

Social Security Account #        ،45

I, Jeffrey David, member of the family LINK, believe there has been a mistake. In regards to the Notice of Levy on Wages, Salary, and Other Income (Form 668-W(c)) attached herein and presented to TRIAD Advisors, Inc., on March 25, 2013 for the account referenced above I have carefully read your notices and have studied the citations too and cannot find that demanding Lawful Money in accord with Title 12 U.S.C. §411 is a "Frivolous Argument." As I have expressed previously and will do so again, it is my express intent to always make a demand for Lawful Money per Title 12 U.S.C. §411; and,

Please find attached herein a recorded and Notarized Notice of Demand for Lawful Money presented to TRIAD ADVISORS, INC. and found at the Wake County Register of Deeds presented and recorded on December 17, 2010 that includes a **superseding** **Demand for Lawful Money**; and,

I am certainly not trying to give you legal advice but for your benefit find Title 12 U.S.C. §411 attached herein and written below; which reads:

> *"**Federal reserve notes**, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. **They shall be redeemed in lawful money on demand** at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank,"* and,

If I have made a mistake with the accounting I ask your forgiveness and to show me with specificity where the mistake was made. And if there is in fact a debt owed on this account please specify why for my comprehension. My express intent for all tax return filings is to provide proof of my demand for lawful money in accord with Title 12 U.S.C. §411 for all currency transactions to defeat any presumption you may have that I endorsed the private Federal Reserve System and Fractional Reserve Lending.

If a debt is owed I am happy to help you discharge said debt in honor and will do so in Lawful Money per Title 12 U.S.C. §411.

If I may be of further assistance with this matter please have one of your agents contact me at (919)

ROBERT C. "BOB" BALINK   El Paso County, CO
02/05/2007  10:50:49 AM
Doc - $0.00   Page
Rec - $6.00   1 of 1   207015932

COPY

ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

§ 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

SUBCHAPTER XII—FEDERAL RESERVE NOTES

§ 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 15 to 18 of section 16 as added June 21, 1917, ch. 32, § 8, 40 Stat. 238, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

§ 412. Application for notes; collateral required

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,

WAKE COUNTY, NC 210
LAURA M RIDDICK
REGISTER OF DEEDS
PRESENTED & RECORDED ON
12/17/2010 AT 13:38:00

BOOK:014; PAGE:00;

| TRIAD ADVISORS, INC. | Prepared by: Jeffrey D. LINK |
| 5185 Peachtree Parkway, Suite 280 | |
| Norcross, GA 30092-6541 | Raleigh, North Carolina. [276 |
| | After Recording return to Jeffrey D. LINK |

## NOTICE OF DEMAND FOR LAWFUL MONEY

TRIAD ADVISORS, INC., hereinafter, "TRIAD", is currently with a business relationship with Jeffrey D. LINK, as Broker in an independent contractor relationship (1099 Contractor); and, Jeffrey D. LINK gives notice to the principals and agents of the TRIAD that Jeffrey D. LINK makes a demand for payment in lawful money in accordance with Title 12 U.S.C. §411; and, any direct deposits that may issue by the TRIAD into or for the benefit of any account in the name of Jeffrey D. LINK, hereinafter "Event", is allowed with the express intent of Jeffrey D. LINK to receive or handle lawful money; and, said Event(s) are allowed subject to a superseding DEMAND FOR LAWFUL MONEY with the express intent to redeem any private credit instrument (Federal Reserve instrument) into lawful money pursuant with, albeit absent receipt of any benefit from, Title 12 U.S.C. §411.

_____
Jeffrey D. LINK

North Carolina
Wake County

I, Susan L. Hunter, a Notary Public, do hereby certify that the foregoing was signed by Jeffrey D. LINK. Affirmed and subscribed the foregoing before me on this 17th day of December, 2010.

_____
NOTARY PUBLIC Susan L. Hunter
My Commission Expires: 5/14/2011

(SEAL: SUSAN L HUNTER NOTARY PUBLIC WAKE COUNTY, NC)

| Form 568-W(c) (Rev. January 2001) | Department of the Treasury — Internal Revenue Service **Notice of Levy on Wages, Salary, and Other Income** |
|---|---|

DATE: 03/25/2013

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER OF IRS OFFICE:
TOLL FREE 1-800-829-7650
WI

SEQNUM 00962

TO: P  65-0173164  DPC05

TRIAD ADVISORS INC
5185 PEACHTREE PKWY STE 280
NORCROSS  GA  30092-6541550

000837

NAME AND ADDRESS OF TAXPAYER:
JEFFREY D LINK

RALEIGH  NC  2760

IDENTIFYING NUMBER(S):
LINK S 00  -8545

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 12-31-2010 | $ 10,000.00 | $ 364.34 | $ 10,364.34 |
| | | | Total Amount Due ▶ | $ 10,364.34 |

**REFUSAL FOR CAUSE** (handwritten across form)

We figured the interest and late payment penalty to 04/17/2013

Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)
My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Taxpayer's signature _____ Date _____

Part 5 - FOR TAXPAYER  Form 668-W(c) (Rev 1-01) 16748F

**1. Tables for Figuring Amount Exempt from Levy on Wages, Salary, and Other Income** (Forms 668-W(ACS), 668-W(c)(DO) and 668-W(ICS))

The tables below show the amount of an individual's income that is exempt from a notice of levy used to collect delinquent tax in 2013.

**2013**

### Filing Status: Single

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More Than 6 |
| Daily | 38.46 | 53.46 | 68.46 | 83.46 | 98.46 | 113.46 | 23.46 plus 15 for each exemption |
| Weekly | 192.31 | 267.31 | 342.31 | 417.31 | 492.31 | 567.31 | 117.31 plus 75 for each exemption |
| Biweekly | 384.62 | 534.62 | 684.62 | 834.62 | 984.62 | 1134.62 | 234.62 plus 150 for each exemption |
| Semimonthly | 416.67 | 579.17 | 741.67 | 904.17 | 1066.67 | 1229.17 | 254.17 plus 162.50 for each exemption |
| Monthly | 833.33 | 1158.33 | 1483.33 | 1808.33 | 2133.33 | 2458.33 | 508.33 plus 325 for each exemption |

### Filing Status: Head of Household

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More Than 6 |
| Daily | 49.42 | 64.42 | 79.42 | 94.42 | 109.42 | 124.42 | 34.42 plus 15 for each exemption |
| Weekly | 247.12 | 322.12 | 397.12 | 472.12 | 547.12 | 622.12 | 172.12 plus 75 for each exemption |
| Biweekly | 494.23 | 644.23 | 794.23 | 944.23 | 1094.23 | 1244.23 | 344.23 plus 150 for each exemption |
| Semimonthly | 535.42 | 697.92 | 860.42 | 1022.92 | 1185.42 | 1347.92 | 372.92 plus 162.50 for each exemption |
| Monthly | 1070.83 | 1395.83 | 1720.83 | 2045.83 | 2370.83 | 2695.83 | 745.83 plus 325 for each exemption |

**2. Table for Figuring Additional Exempt Amount for Taxpayers at Least 65 Years Old and/or Blind**

| Filing Status | | Additional Exempt Amount | | | | |
|---|---|---|---|---|---|---|
| | | Daily | Weekly | Biweekly | Semi-monthly | Monthly |
| Single or Head of Household | 1 | 5.77 | 28.85 | 57.69 | 62.50 | 125.00 |
| | 2 | 11.54 | 57.69 | 115.38 | 125.00 | 250.00 |
| Any Other Filing Status | 1 | 4.62 | 23.08 | 46.15 | 50.00 | 100.00 |
| | 2 | 9.23 | 46.15 | 92.31 | 100.00 | 200.00 |
| | 3 | 13.85 | 69.23 | 138.46 | 150.00 | 300.00 |
| | 4 | 18.46 | 92.31 | 184.62 | 200.00 | 400.00 |

\* ADDITIONAL STANDARD DEDUCTION claimed on Parts 3,4, and 5 of levy.

### Filing Status: Married Filing Joint Return (and Qualifying Widow(er)s)

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More Than 6 |
| Daily | 61.92 | 76.92 | 91.92 | 106.92 | 121.92 | 136.92 | 46.92 plus 15 for each exemption |
| Weekly | 309.62 | 384.62 | 459.62 | 534.62 | 609.62 | 684.62 | 234.62 plus 75 for each exemption |
| Biweekly | 619.23 | 769.23 | 919.23 | 1069.23 | 1219.23 | 1369.23 | 469.23 plus 150 for each exemption |
| Semimonthly | 670.83 | 833.33 | 995.83 | 1158.33 | 1320.83 | 1483.33 | 508.33 plus 162.50 for each exemption |
| Monthly | 1341.67 | 1666.67 | 1991.67 | 2316.67 | 2641.67 | 2966.67 | 1016.67 plus 325 for each exemption |

### Filing Status: Married Filing Separate Return

| Pay Period | Number of Exemptions Claimed on Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | More Than 6 |
| Daily | 38.46 | 53.46 | 68.46 | 83.46 | 98.46 | 113.46 | 23.46 plus 15 for each exemption |
| Weekly | 192.31 | 267.31 | 342.31 | 417.31 | 492.31 | 567.31 | 117.31 plus 75 for each exemption |
| Biweekly | 384.62 | 534.62 | 684.62 | 834.62 | 984.62 | 1134.62 | 234.62 plus 150 for each exemption |
| Semimonthly | 416.67 | 579.17 | 741.67 | 904.17 | 1066.67 | 1229.17 | 254.17 plus 162.50 for each exemption |
| Monthly | 833.33 | 1158.33 | 1483.33 | 1808.33 | 2133.33 | 2458.33 | 508.33 plus 325 for each exemption |

**Examples**

These tables show the amount exempt each pay period from a levy on wages, salary, and other income.

1. A single taxpayer who is paid weekly and claims three exemptions (including one for the taxpayer) has $342.31 exempt from levy.

2. If the taxpayer in number 1 is over 65 and writes 1 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4 & 5 of levy, $371.16 is exempt from this levy ($342.31 plus $28.85).

3. A taxpayer who is married, files jointly, is paid bi-weekly, and claims two exemptions (including one for the taxpayer) has $769.23 exempt from levy.

4. If the taxpayer in number 3 is over 65 and has a spouse who is blind, this taxpayer should write 2 in the ADDITIONAL STANDARD DEDUCTION space on Parts 3, 4, and 5 of the levy. If so, $861.54 is exempt from this levy ($769.23 plus $92.31).

Publication 1494 (2013)     www.irs.gov     Catalog Number 11439T     Department of Treasury — Internal Revenue Service