

FILED

APR 0 5 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

April 4, 2013

United States District Court
For the Eastern District of North Carolina
c/o 310 New Bern Avenue, #174
Raleigh, North Carolina. [27601]

RE: Jeffrey David v. Timothy Franz GEITHNER
Case #5:12-CV-185-D

Dear Clerk:

Please seal the information found in document #84 (case docket number 24 via PACER), dated March 29, 2013 and filed on April 1, 2013 in the case referenced above to protect personal information that was not redacted. Please file the attached copy which contains redacted personal information.

Thank you for your assistance with this matter.

*Jeffrey David*