Jeffrey David
c/o 712 Nash Drive
Raleigh, North Carolina.
[27608]



FILED

NOV 30 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States District Court
for the Eastern District of North Carolina
310 New Bern Avenue, #174
Raleigh, North Carolina.
[27601]

Sent via USPS First Class Mail

Notice to Agent, Officer, or Employee is
Notice to Trustee Principal; and, Notice to
Trustee Principal is notice to Agent, Officer,
or Employee

Dear clerk;

Please file this refusal for cause in the case jacket of **Article III case 5:12-CV-185-D**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction, refusal for cause, copies of all redeemed transactions in accord with 12USC411 for 2010, and a copy of Default Judgment have been sent back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have provided a copy of the presentment marked REFUSAL FOR CAUSE with the original clerk instruction, an abbreviated number of Exhibits (A1-2; 27-28; 46-47) found in the case jacket above under #80, and an abbreviated copy of Default Judgment to the district court, and the original presentment marked REFUSAL FOR CAUSE in red ink with copy of clerk instruction and copies of all redeemed transactions for 2010 in accord with 12USC411 marked Exhibits A1 – A47 and copy of Default Judgment have been mailed back to the presenter in a timely fashion.

My signature below also expresses that the same information sent back to the original presenter has also been sent to the additional parties listed below.

From: Jeffrey David
c/o 712 Nash
Raleigh, North Carolina.
[27608]

Notice to Agent, Officer, or Employee is
Notice to Trustee Principal; and, Notice to
Trustee Principal is notice to Agent, Officer,
Or Employee

  

To: Department of the Treasury
Internal Revenue Service
Kansas City, Missouri.
[64999-0030]

Sent via USPS with Delivery Confirmation #
0311 2550 0003 3927 2847

To:    Department of the Treasury        Sent via USPS with Delivery Confirmation #
       Internal Revenue Service              0311 0820 0002 1201 5358
       c/o 1973 North Rulon White Blvd
       MS 4210
       Ogden, Utah. [84404-0040]

To:    Office of the Treasury Inspector      Sent via USPS with Delivery Confirmation #
         General for Tax Administration        0311 2550 0003 3927 XXXX
       J. Russell GEORGE, as Inspector
         General
       City Center Building
       c/o 1401 H Street, NW Suite 469
       city of Washington, District of Columbia.
       [20005]

**Demand is made for lawful money per 12USC411, and in the name of Yehoshuah (Jesus CHRIST) son of Yehovah, Jeffrey David am I:**

_____
Jeffrey David



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0030



7161 7617 9283 7674 2534

| | |
|---|---|
| Notice | CP504 |
| Tax Year | 2010 |
| Notice date | December 3, 2012 |
| Social Security number | :545 |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 357778 |

Page 1 of 4

028334.132513.0145.004 2 AT 0.374 1134

*095568545101*



028334

JEFFREY D LINK
712 NASH DR
RALEIGH NC 27608-2420126

## Notice of intent to levy

### Intent to seize your property or rights to property
### Amount due immediately: $77,116.09

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2010 (Form 1040). If you don't call us immediately or pay the amount due by December 13, 2012, we may seize ("levy") any state tax refund to which you're entitled and apply it to the $77,116.09 you owe.

If you still have an outstanding balance after we seize any state tax refund, we may take possession of your other property or your rights to property.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $76,983.47 |
| Interest charges | 132.62 |
| **Amount due immediately** | **$77,116.09** |

(handwritten across page: REFUSAL FOR CAUSE)

Continued on back...



JEFFREY D LINK
712 NASH DR
RALEIGH NC 27608-2420126

| | |
|---|---|
| Notice | CP504 |
| Notice date | December 3, 2012 |
| Social Security number | 8545 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number    8545), the tax year (2010), and the form number (1040) on your payment and any correspondence.

## Payment

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0202

**Amount due immediately**     $77,116.09

BO LINK 30 0 201012 670 00007711609

## What you need to do immediately

**Pay immediately**

- Send us the amount due of $77,116.09, or we may seize ("levy") your state tax refund on or after December 13, 2012.
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword: "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments
  Or, call us at 1-800-829-0922 to discuss your options.

**If you think there's been a mistake**

If you've already paid your balance in full or think we haven't credited a payment to your account, please call 1-800-829-0922, and have your payment information available to review with us. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation including proof of payment.

## If we don't hear from you

- If you don't pay the amount due, we may seize ("levy") any state tax refund to which you're entitled on or after December 13, 2012. This is your notice of intent to levy as required by Internal Revenue Code section 6331(d).

*REFUSAL FOR CAUSE* (handwritten across page)



JEFFREY D LINK
712 NASH DR
RALEIGH NC 27608-2420 26

| | |
|---|---|
| Notice | CP504 |
| Notice date | December 3, 2012 |
| Social Security number | -8545 |

### Contact information

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number 545), the tax year (2010), and the form number (1040) on any correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| ☐ a.m. ☐ p.m. | | | ☐ a.m. ☐ p.m. |

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0202

If we don't hear from you—**continued**



028334

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
  - Wages, real estate commissions, and other income
  - Bank accounts
  - Business assets
  - Personal assets (including your car and home)
  - Social Security benefits
- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax lien on your property at any time, if we haven't already done so.
- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.
- If you don't pay your tax debt, we have the right to seize ("levy") your property.

Continued on back...

*REFUSAL FOR CAUSE*

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$132.62** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-0922.

| Period | Interest rate |
|---|---|
| Comenzando el 1 de octubre de 2011 | 3% |

## Additional information

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

[Handwritten across page: "REFUSAL FOR CAUSE"]



"Exhibit A1"


Record of Checks for Deposit

| Checks | Dollars | Cents |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| Total This Side | | |

absent assumption of liability, and
absent receipt of benefit, and
absent accommodation;

Jeffrey David dba JEFFREY D. LINK

ENDORSE HERE

X

absent assumption of liability, and absent receipt of benefit, and deposited for credit on account or exchanged for non-negotiable federal reserve notes of equal face value:

Jeffrey David dba JEFFREY D. LINK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE*

"Exhibit A2"

**TRIAD ADVISORS, INC.
THE FORUM II**
5185 PEACHTREE PARKWAY, SUITE 280
NORCROSS, GA 30092
(770) 840-0363


54-1341-611

0035237

DATE 11/12/2010

AMOUNT $1,448.81

One Thousand Four Hundred Forty Eight Dollars and 81 Cents

PAY TO THE ORDER OF:
Jeffrey D Link
4601 Six Forks Rd
Suite 503
Raleigh NC 27609

**DEMAND IS MADE FOR LAWFUL MONEY IN ACCORD WITH TITLE 12 U.S.C. §411;**

AUTHORIZED SIGNATURE

⑆061134⑉⑉0005146019805⑊

DEMAND IS MADE FOR LAWFUL MONEY IN ACCORD WITH TITLE 12 U.S.C. §411;
Jeffrey D Link

"Exhibit A27"


**TRIAD ADVISORS, INC.**
**THE FORUM II**
5185 PEACHTREE PARKWAY, SUITE 280
NORCROSS, GA 30092
(770) 840-0363


GEORGIA
64-1341-611

0035542

DATE 12/31/2010

AMOUNT $3,015.98

Three Thousand Fifteen Dollars and 98 Cents

PAY TO THE ORDER OF:
Jeffrey D Link
4601 Six Forks Rd
Suite 503
Raleigh NC 27609

DEMAND IS MADE FOR LAWFUL MONEY IN ACCORD WITH TITLE 12 U.S.C. §411;

DEMAND IS MADE FOR LAWFUL MONEY IN ACCORD WITH TITLE 12 U.S.C. §411;

AUTHORIZED SIGNATURE

⑈06113415⑈000514601980 5⑈

DEMAND IS MADE FOR LAWFUL MONEY IN ACCORD WITH TITLE 12 U.S.C. §411;

"Exhibit A28"





"Exhibit A46"





"Exhibit A47"



In the United States District Court
for the Eastern District of North Carolina

FILED
JUN 2 5 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Jeffrey David

v.

Timothy Franz GEITHNER

**DEFAULT**

**JUDGEMENT**
RE: CASE # 5:12-CV-185-D

Timothy Franz GEITHNER[1], hereinafter "Defendant", has failed to serve timely any claim, or answer, or defense upon Jeffrey David by providing the certificate of search in the district court to be faulty or fraudulent within the time period stipulated on the summons properly formed and served;

> *Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address are: Jeffrey David; c/o 712 Nash Drive; Raleigh, North Carolina. [27608].*
>
> *If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.*

Timothy Franz GEITHNER, identified in the counterclaim acting as "City METRO officer –United States Secretary of the Treasury" *city* of Washington, *District* of Columbia is also agent of a foreign principal. As such only 21 days were required, but Jeffrey David, hereinafter "Plaintiff", in good faith, allowed for over three times that allotted for him to respond. Upon receiving zero response from the Defendant, the Plaintiff, relies upon silence meaning consent.

---

[1] Defendant Timothy Franz GEITHNER is also the Governor of the IMF (Reference Senate Report 94-1148, Public Law 94-564 page5). The Deputy Clerk would not issue the Summons to Defendant Timothy Franz GEITHNER unless a 60 day response time was noted; as such, the Summons to Timothy Franz GEITHNER gave notice of 60 days for the Defendant Timothy Franz GEITHNER to serve an answer to the complaint.

I certify the foregoing to be a true and correct copy of the original.
Julie A. Richards, Clerk
United States District Court
Eastern District of North Carolina
By_____
Deputy Clerk

Page 1 of 6

Case 5:12-cv-00185-D   Document 72   Filed 06/25/12   Page 1 of 7

Case 5:12-cv-00185-D   Document 83   Filed 11/30/12   Page 13 of 14

WAKE COUNTY, NC 231
LAURA M RIDDICK
REGISTER OF DEEDS
PRESENTED & RECORDED ON
06/21/2012 AT 13:04:00

BOOK:014811 PAGE:02352 - 02359

FILED

JUN 25 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Space above this line is for the benefit of the recorder

| After Recording return to: | Prepared by: | Jeffrey David |
|---|---|---|
| United States District Court | | c/o 712 Nash Drive |
| for the Eastern District of North Carolina | | Raleigh, North Carolina. |
| 310 New Bern Avenue, #174 | | [27608] |
| Raleigh, North Carolina. | | |
| [27601] | | |

## NOTICE OF DEFAULT JUDGMENT
### Civil Action File Number: 5:12-CV-185-D

NOTICE is hereby given by the undersigned of the default judgment issued in the CIVIL ACTION referenced hereon; and, said default judgment is attached to this NOTICE; and said default judgment is issued to Timothy Franz GEITHNER being Defendant in the CIVIL ACTION referenced upon this NOTICE.

Demand is made for Lawful Money per 12U.S.C.411: _____
Jeffrey David

---

STATE OF NORTH CAROLINA
COUNTY OF WAKE

I, Susan Hunter Koski, a Notary Public, do hereby certify that the foregoing was signed by Jeffrey David. Affirmed and subscribed the foregoing before me on this 21st day of June, 20 12.

_____
NOTARY PUBLIC Susan Hunter Koski

My Commission Expires: 10/5/2016

SUSAN HUNTER KOSKI
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 10-5-2016

---